26 So.2d 926

**SOUTHEASTERN GREYHOUND LINES v.**
**Robert FARNESS.**

**6 Div. 316.**

Court of Appeals of Alabama.
May 14, 1946.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 149

**Odis SPURGEON v. STATE.**

**8 Div. 444.**

Court of Appeals of Alabama.
May 22, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

24 So.2d 926

**David STALLWORTH v. STATE.**

**6 Div. 243.**

Court of Appeals of Alabama.
Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

25 So.2d 857

**Robert L. STEED v. STATE.**

**4 Div. 775.**

Court of Appeals of Alabama.
March 19, 1946.

Jack L. Giddens, of Troy, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed.

24 So.2d 926

**Lillie Mae STEPHENS v. STATE.**

**6 Div. 224.**

Court of Appeals of Alabama.
Jan. 15, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

23 So.2d 149

**Rosevelt STEVENSON v. STATE.**

**6 Div. 196.**

Court of Appeals of Alabama.
May 22, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.